UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNELL WALKER | CIVIL ACTION |
| VERSUS | NO. 16-2890 |
| JEFFERSON PARISH SHERIFF NEWELL NORMAND, ET AL. | SECTION "N"(4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Johnell Walker's 42 U.S.C. § 1983 claims against Sheriff Newell Normand are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915(A), and 42 U.S.C. § 1997(e), and Walker's § 1983 claims of excessive force against Deputy Lambert and Deputy Tillery, failure to protect against Sergeant Jefferson, and medical indifference against Nurse Johnson shall remain referred to the assigned Magistrate Judge for further pretrial proceedings.

New Orleans, Louisiana, this 8th day of November, 2016.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

CLERK TO NOTIFY MAGISTRATE
JUDGE KAREN WELLS ROBY