UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNELL WALKER                             CIVIL ACTION

VERSUS                                       NO.  16-2890

JEFFERSON PARISH SHERIFF NEWELL      SECTION "N"(4)
NORMAND, SERGEANT J. JEFFERSON,
DEPUTY J. LAMBERT, DEPUTY D.
TILLERY, NURSE JOHNSON

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Johnell Walker's 42 U.S.C. § 1983 complaint against the defendants, Deputy J. Lambert, Deputy D. Tillery, Sergeant S. Jefferson and Nurse C. Johnson, is **DISMISSED WITH PREJUDICE** for failure to serve pursuant to Fed. R. Civ. P. 4(m) and for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 23rd day of January, 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE